Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――

**TINNUS ENTERPRISES, LLC, ZURU LTD.,**
*Plaintiffs-Appellees*

v.

**TELEBRANDS CORPORATION, BED BATH & BEYOND, INC., FRY'S ELECTRONICS, INC., KOHL'S DEPARTMENT STORES, INC., THE KROGER COMPANY, SEARS HOLDING CORPORATION, TOYS 'R' US-DELAWARE, INC., WALGREENS BOOTS ALLIANCE, INC.,**
*Defendants-Appellants*

―――――――――――――――

2017-1175, -1760, -1811

―――――――――――――――

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:16-cv-00033-RWS-JDL and 6:16-cv-00034-RWS-JDL, Judge Robert Schroeder III.

-----------------------------------------------------------------------------------

**TINNUS ENTERPRISES, LLC, ZURU LTD.,**
*Plaintiffs-Appellees*

v.

**TELEBRANDS CORPORATION, BULBHEAD.COM, LLC, BED BATH & BEYOND, INC.,**
*Defendants-Appellants*

———————

2017-2194

———————

Appeal from the United States District Court for the Eastern District of Texas in No. 6:17-cv-00170-RWS-JDL, Judge Robert Schroeder III.

———————

**ON MOTION**

———————

Before WALLACH, *Circuit Judge.*

**O R D E R**

Appellants submit a motion to expedite briefing and oral argument in 2017-2194. Appellees submit a motion to not expedite consideration of the motion to expedite.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appellants' opening brief in 2017-2194 is due no later than June 30, 2017. Appellees' response brief is due no later than July 28, 2017. Appellants' reply brief and the joint appendix are due no later than August 4, 2017.

(2) The motions are denied as moot.

(3) 2017-1175, -1760, -1811 and 2017-2194 shall be considered companion cases and assigned to the same merits panel.

(4) No extensions should be anticipated in these appeals.

(5) These cases shall be placed on the oral argument calendar after briefing is complete.

                                                            FOR THE COURT

                                         /s/ Peter R. Marksteiner
                                         Peter R. Marksteiner
                                         Clerk of Court

s26