# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-2194 - Tinnus Enterprises, LLC v. Telebrands Corporation

## Opening Brief of Defendants-Appellants (Confidential/Non-Confidential)

### ORDER

The foregoing, having been received and examined, is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

FOR THE COURT

July 05, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Thomas Mansfield Dunlap

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-2194 - Tinnus Enterprises, LLC v. Telebrands Corporation

The Opening Brief of Defendants-Appellants (Confidential/Non-Confidential) has been rejected for following reasons:

- Robert T. Maldonado appears on the cover and signature block of the brief as counsel for all appellants, but has only filed an entry of appearance for Bulbhead.com, LLC and Bed Bath & Beyond, Inc. Fed. Cir. R. 47.3(a). Either the attorney must file an entry of appearance for Telebrands Corporation, or the brief must be corrected to accurately reflect the attorney's representation.

- The table of contents of the nonconfidential brief must include a paragraph describing the general nature of the confidential material that has been deleted. Fed. Cir. R. 28(d)(2)(B)