# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tinnus Enterprises, LLC    v.    Telebrands Corporation

No. 17-2194

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Tinnus Enterprises, LLC and ZURU Ltd.
    Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
- ☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Cortland C. Putbrese |
| Law Firm: | Dunlap Bennett & Ludwig PLLC |
| Address: | 8003 Franklin Farms Drive, #220 |
| City, State and Zip: | Richmond, VA 23229 |
| Telephone: | (804) 977-2688 |
| Fax #: | (703) 777-3656 |
| E-mail address: | cputbrese@dbllawyers.com |

Statement to be completed by counsel only (select one):
- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/7/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Jul 5, 2017    Signature of pro se or counsel  /s/ Cortland C. Putbrese

cc: All Counsel of Record

Reset Fields

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2017, I electronically filed the foregoing using the CM/ECF system. The Notice of Docket Activity that is generated by the court's CM/ECF system constitutes service of this document on all attorneys of record at the following addresses:

D. Michael Underhill
Eric J. Maurer
Boies Schiller Flexner LLP
1401 New York Avenue, NW
Washington, DC 20005
munderhill@bsfllp.com
emaurer@bsfllp.com

Robert Maldonado
Elana Araj
Cooper & Dunham, LLP
30 Rockefeller Plaza
New York, NY 10112
rmaldonado@cooperdunham.com
earaj@cooperdunham.com

  /s/ Thomas M. Dunlap_____
Thomas M. Dunlap
Dunlap Bennett & Ludwig PLLC
211 Church Street, SE
Leesburg, Virginia 20175
Telephone: (703) 777-7319
Facsimile: (703) 777-3656
*Attorney for Appellees*